## Warren Appeal.

738

Argued September 14, 1972. *Daniel V. Walls*, Assistant Defender, with him *Michael L. Levy*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Louis A. Perez, Jr.*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistanct District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.